# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JULIAN BOGOMILOV DOBRINOV aka "Vladimir Kirilov Kiriakov" and ALEKSANDAR NIKOLOV aka "Delyan Staykov" | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>SA13-102M |

Complaint for violations of Title 18, United States Code, Sections 371 and 1029(a)(2).

| NAME OF MAGISTRATE JUDGE<br>HONORABLE JEAN P. ROSENBLUTH | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Santa Ana, California |
|---|---|---|
| DATE OF OFFENSE<br>On or about September 18, 2011 to January 6, 2013 | PLACE OF OFFENSE<br>Orange and Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Commencing on a date unknown but as early as September 18, 2011 and continuing to on or about January 6, 2013, in Orange County and Los Angeles County, within the Central District of California, defendants JULIAN BOGOMILOV DOBRINOV, also known as "Vladimir Kirilov Kiriakov," and ALEKSANDAR NIKOLOV, also known as "Delyan Staykov," knowingly conspired to commit access device fraud, in violation of Title 18, United States Code, Sections 371 and 1029(a)(2).

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 22 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>**MATTHEW O'DONNELL**<br>OFFICIAL TITLE<br>Special Agent – United States Secret Service |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE[(1)]<br>JEAN P. ROSENBLUTH | DATE<br>March 22, 2013 |
|---|---|

[(1)] See Federal Rules of Criminal Procedure 3 and 54

AUSA JMJ:lb

AFFIDAVIT

I, Matthew O'Donnell, being duly sworn under oath, hereby depose and say the following:

INTRODUCTION

1. I am a Special Agent ("SA") with the United States Secret Service ("USSS"), Santa Ana Resident Office, Santa Ana, California, and have been so employed since December 2007. I completed a 10-week Criminal Investigation Training Program at the Federal Law Enforcement Training Center, Glynco, GA, as well as an additional 17-week training program at the US Secret Service Academy. As a Special Agent, my duties are to investigate violations of federal law, including fraud and related activity in connection with the fraudulent use of access devices, bank fraud, and identity theft. In preparing this affidavit, I have consulted with other law enforcement officers and agents with many years of combined experience in the field of financial crime investigations.

2. This affidavit is made in support of a criminal complaint and request for arrest warrants for JULIAN BOGOMILOV DOBRINOV, also known as "Vladimir Kirilov Kiriakov" ("DOBRINOV"), and ALEKSANDAR NIKOLOV, also known as "Delyan Staykov" ("NIKOLOV"), for conspiracy to commit access device fraud, in violation of Title 18, United States Code, Sections 371 and 1029(a)(2).

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement officers/agents and witnesses who observed the events described herein and with whom I have spoken as part of my investigation into this matter. This affidavit is

intended to show that there is sufficient probable cause for the requested arrest warrants and does not purport to, and does not set forth, all of my knowledge of or investigation into this matter.

## PROBABLE CAUSE

4.  For several months, as part of an investigation into bank fraud at multiple Chase Bank locations, I have spoken with Chase Bank Investigator Sean Whelan. Investigator Whelan specialized in "skimming device" investigations and has shared extensive intelligence with me regarding "skimming device" related fraud. In speaking with him, and in my own experience with these investigations, I became aware of how this type of fraud works and common patterns.

5.  In previous investigations, individuals attached a device to a bank ATM that appeared as if it was part of the ATM. The device was often molded to fit over the slot on an ATM where customers insert their bank card. The device was designed to record the bank card information from the customer card as it passed through into the ATM. A second device that had a camera was normally placed on or near the ATM with an angle that allowed it to record the customers when they entered their Personal Identification Numbers ("PINs") into the ATM. These devices often ran on battery power and were typically removed within a period of several hours to a day later, so that the data could be harvested. Once the data was harvested, it was common that cloned cards were made and fraudulent withdrawals occurred from the victims' bank accounts.

6.  On November 23, 2011, Chase Bank Investigator Whelan told me about a crew of approximately four men who he had discovered were defrauding Chase Bank using this method. He said he had identified numerous incidents in which the men were

2

seen on video installing the "skimming devices" on Chase ATMs and then returning to remove them. He said the loss attributed to them was already over $25,000 and he expected that it would continue to rise as they identified more incidents related to this group.

7. On November 24, 2011, Thanksgiving Day, Investigator Whelan called me and told me that Chase Bank Investigators had discovered "skimming devices" that were installed that morning at two Chase Bank branch locations, 23992 Alicia Parkway and 27752 Vista Del Lago, both in Mission Viejo, CA. They also saw the same suspects at a third location, 23861 El Toro Rd, El Toro, CA, but could not tell if the device was still installed or had been removed.

8. Chase Investigator Whelan told me that he had seen the surveillance photos and this was the same group we had discussed previously. Chase Investigator Whelan sent me pictures of the two male suspects that installed the devices as well as pictures of the type of camera device that had been installed.

9. Investigators from the Orange County Sheriff's Department (OCSD), along with SA Corum and I, responded to the area and arrested the two males when they returned to the bank to retrieve their skimming equipment later that day. They were identified as Ivan Kitanov and Tsvetan Borisov.

10. A subsequent search of Kitanov's vehicle, a white-colored Chevrolet Tahoe, revealed five skimming devices, as well as two electronic devices designed to look like gray speakers that were actually designed to conceal pin-hole cameras to record customers' PINs as they used the ATM.

11. OCSD Investigator Merrill conducted a show up with Chase Investigator Lackey, who was at a remote location, by placing Borisov and Kitanov in front of the ATM camera at the Chase Bank while Investigator Lackey watched the live video and spoke to OCSD Investigator Merrill on the phone. Chase Investigator Lackey identified Kitanov as the same male seen in previous surveillance video associated with this "skimming" group. He identified Borisov as the same male he had seen on video surveillance installing the skimming device at that Chase location earlier that day.

12. As part of my investigation, I retrieved the surveillance pictures that Chase Investigator Whelan had previously sent me and identified numerous incidents in which two male co-conspirators, later identified as Aleksandar NIKOLOV and Julian DOBRINOV, were pictured installing and/or removing skimming devices. The details on those incidents are as follows:

    a.    Date:    9/18/11
        Location:    226 26th St, Santa Monica, CA
        Time device on:    0821-2018 hours

Surveillance pictures show a male resembling DOBRINOV at the ATM during the installation of the skimming device. He was wearing a dark jacket or sweatshirt, blue jeans, and a dark hat with some sort of emblem in the center. During the removal of the device a heavier set male with a dark hat and dark jacket was pictured. He appeared to have a light colored symbol on the front of his hat consistent with the Adidas hat NIKOLOV was seen wearing at other skimming incidents.

    b.    Date:    11/12/11-11/13/11
        Location:    11285 National Blvd, Los Angeles, CA
        Time device on:    1726-0649 hours

Surveillance pictures show two males at the ATMs during the installations. One male clearly appears to be NIKOLOV who is wearing a dark jacket and dark hat with what appears to be an Adidas logo on the front of the hat. The other man is wearing a dark jacket with distinct round buttons going vertically up the center of the jacket. Kitanov and Borisov can be seen removing the devices the next morning.

c. Date: 11/19/11
   Location: 226 26th St, Santa Monica, CA
   Time device on: 1709-2258 hours

Surveillance pictures show a male matching the general description of NIKOLOV during the installation of the skimming devices. The male had on a dark jacket and dark hat with what appeared to be an Adidas symbol in the center, consistent with an outfit NIKOLOV was seen wearing during other skimming incidents. During the removal, a male resembling DOBRINOV was pictured wearing a dark hat with a light colored stripe around the bill of the cap. He was also wearing a dark jacket with distinct round buttons going vertically up the center of the jacket.

d. Date: 11/19/11
   Location: 8951 Santa Monica Blvd, West Hollywood, CA
   Time device on: 1748-2332 hours

Surveillance pictures show a male resembling DOBRINOV wearing a dark jacket with distinct round buttons going vertically up the center of the jacket. A second male was wearing a dark jacket with a light-colored t-shirt.

5

e.    Date:                11/19/11
      Location:           15200 W Sunset Blvd, Pacific Palisades, CA
      Time device on:    1822-2246 hours

Surveillance pictures show NIKOLOV during the install. He was wearing a dark zip up style jacket with a white zipper and white lettering on the left chest. He was also wearing a dark hat with an Adidas logo in the center of it. During the removal, NIKOLOV was pictured wearing what appeared to be the same hat. He was wearing a different zip up dark jacket with a dark zipper on the right chest area that appeared to match a jacket seen during several other skimming incidents.

f.    Date:                11/20/11
      Location:           8951 Santa Monica Blvd, West Hollywood, CA
      Time device on:    1045-2109 hours

Surveillance pictures show Kitanov and a male Kitanov later identified as DOBRINOV during the installation. DOBRINOV was wearing the dark jacket with the distinct round buttons going vertically up the center of the jacket. DOBRINOV was also present during the removal with a heavy set male that bore resemblance to NIKOLOV. The heavy set male was wearing a dark hat that has a light colored symbol in the center consistent with the Adidas hat NIKOLOV was previously pictured in.

g.    Date:                11/20/11
      Location:           15200 W Sunset Blvd, Pacific Palisades, CA
      Time device on:    0929-2033 hours

Surveillance pictures show NIKOLOV during the install wearing a dark hat and dark jacket and holding an umbrella. NIKOLOV was also pictured during the removal wearing a dark hat and dark jacket. The

6

jacket had a dark zipper on the right chest area and appeared to match a jacket NIKOLOV wore during previous skimming incidents.

h.    Date: 11/20/11
Location: 226 26th Street, Santa Monica, CA
Time device on: 0942-2046 hours

Surveillance pictures show a dark figure wearing a hat and holding an umbrella during the install. A male resembling DOBRINOV was pictured during the removal wearing a dark jacket and a dark hat with a white stripe around the bill of the hat. The hat appeared to match a hat worn by DOBRINOV in a previous skimming incident.

13.    Chase Bank Investigator Barbara Tainter provided additional loss information pertaining to the skimming incident list above in paragraph 12(a) that occurred from 11/12/11 to 11/13/11 at 11285 National Blvd, Los Angeles, CA, in which NIKOLOV was seen in surveillance pictures installing a skimming device on the Chase Bank ATM on 11/12/11. The next day, 11/13/11, a male with a strong resemblance to NIKOLOV, as well as Borisov and Kitanov, returned to remove the skimming devices. (Later in my investigation, as outlined below, Borisov and Kitanov both identified NIKOLOV from a surveillance picture from the installation of the skimming device on 11/12/11 during proffers.) This skimming incident had at least two victims, who reported a loss of $4,072.29.

14.    On 2/28/12, Kitanov participated in a proffer. During this proffer, Kitanov and his attorney provided identifying information for a co-conspirator, who Kitanov said he previously knew as "Julian." They provided the co-conspirator's name, Vladimir Kirilov Kiriakov, and his Washington driver's license number, "KIRIAVK180DF". They said Kiriakov was the same person Kitanov knew as "Julian". Further investigation, as set forth herein, revealed that Vladimir Kirilov Kiriakov was an alias used by Julian DOBRINOV.

15. During the proffer, Kitanov identified DOBRINOV as the person who recruited and trained him in Chicago, IL, on how to place skimming devices on ATMs. Kitanov said that, in September 2011, he agreed to join DOBRINOV, and another male he knew as Delyan Staykov, later identified as NIKOLOV, on a trip to Southern California for the purpose of conducting skimming activity. DOBRINOV had rented a vacation house in what Kitanov thought was the Hermosa Beach or Redondo Beach, CA area.

16. From September 2011 to October 2011, Kitanov said he, DOBRINOV, and NIKOLOV installed skimmers on Chase ATMs at numerous locations across the greater Los Angeles and Orange County areas. He said they used an "i-pad" to find Chase bank locations and they looked for ATMs that were busy. They had 3 sets of skimming devices, and tried to install them all and then retrieve them.

17. Kitanov said his role consisted of putting the skimming devices on and removing them along with NIKOLOV and DOBRINOV. Kitanov estimated that they installed approximately 10 to 15 skimmers during that trip. Kitanov said NIKOLOV would then connect the skimming devices to his laptop, download the data, and email the data to someone unknown to Kitanov to have it decoded. Kitanov said it took a few days to get the information back. Kitanov said he was paid $3,500 for his expenses once they returned to Chicago, IL. He was told they would pay him more at a later date, but he never got paid more for that trip.

18. Kitanov said that, in November 2011, NIKOLOV and DOBRINOV asked him to go on another trip to the Southern California area to conduct more skimming activity, and he agreed to go. Kitanov flew to Los Angeles, CA from Chicago, IL with NIKOLOV. DOBRINOV was already there when they arrived and had rented another house in the Hermosa Beach or Redondo Beach, CA area. Kitanov said the skimming devices arrived in the mail.

19. Kitanov said they had 6 devices that time, so DOBRINOV and NIKOLOV asked him if he knew anyone else that could help them install the skimming devices. Kitanov contacted a friend of his, Borisov, who agreed to come to Los Angeles from Chicago to assist them. Borisov drove Kitanov's white-colored Chevy Tahoe from Chicago, IL to the Los Angeles, CA area and joined the group.

20. Kitanov taught Borisov how to install the skimming devices on ATMs and they began working together as a team using the Chevy Tahoe, while NIKOLOV and DOBRINOV worked together using a rental car. Kitanov said they communicated using cell phones and would try to have one team do the install of the skimming devices and the other team do the removal if they could, but this did not always happen.

21. Kitanov said all four of them had been installing skimmers for approximately 2 ½ weeks prior to Kitanov and Borisov getting arrested. Kitanov estimated that, on average, they acquired access device information for approximately 100 victims for every ATM skimming device installed on a Sunday, and 40 to 50 victim access devices for a weekday install. He estimated he and Borisov installed skimmers approximately 8 to 10 times.

22. Kitanov said that, on the day they were arrested, he and Borisov had installed skimmers on approximately 3 Chase Bank ATMs. Just prior to their arrest, they had removed the skimming devices from both ATMs and placed them in Kitanov's Chevy Tahoe, where they were later located by law enforcement.

23. I presented Kitanov with four surveillance images from a Chase Bank ATM skimming incident that occurred on 11/23/11 at approximately 6:30am, at 23992 Alicia Pkwy, Mission Viejo, CA. Kitanov identified himself and Borisov from the images.

24. I presented Kitanov with four surveillance images from a Chase Bank ATM skimming incident that occurred on 11/20/11 at approximately 10:45am, at 8951 Santa Monica Blvd, West Hollywood, CA. Kitanov identified DOBRINOV from the images.

25. I presented Kitanov with three surveillance images from a Chase Bank ATM skimming incident that occurred on 11/20/11 at approximately 9:29am and 8:33pm, at 15200 W. Sunset Blvd, Pacific Palisades, CA. Kitanov identified NIKOLOV from the images.

26. I presented KITANOV with four surveillance images from a Chase Bank ATM skimming incident that occurred on 11/12/11 at approximately 5:26pm, at 11285 National Blvd, Los Angeles, CA. Kitanov identified NIKOLOV from the images.

27. I presented KITANOV with four surveillance images from a Chase Bank ATM skimming incident that occurred on 11/19/11 at approximately 6:22pm and 10:45pm, at 15200 W. Sunset Blvd, Pacific Palisades, CA. Kitanov identified NIKOLOV from the images.

28. As part of my investigation, I obtained the picture on the Washington driver's license number "KIRIAVK180DF," provided by Kitanov, in the name Vladimir Kirilov Kiriakov. I also located and obtained information for an Illinois driver's license number "D165-4227-3020" for Julian B. DOBRINOV. I compared the pictures on both driver's licenses and found them to be nearly identical. I also located and obtained a copy of an "Application For A US Passport" for Julian Bogomilov DOBRINOV and confirmed that picture also appeared to be the same person pictured in both driver's license images.

29. On 3/4/12, I was notified that two men possibly tied to this group had been arrested by the Plantation Police Department ("PD"), in Plantation, FL, while attempting to retrieve cash from an ATM using fraudulently obtained access device information. I obtained the booking photos for the two men arrested in Florida and I immediately recognized one of the individuals, NIKOLOV, from the previously mentioned surveillance photos. I did not recognize the second male, Toscho Ilyeff. I compared the booking photo of NIKOLOV to the four skimming incidents listed previously, in which Kitanov identified NIKOLOV, and confirmed the surveillance photos matched the booking photo for NIKOLOV.

30. As part of my investigation I spoke with USSS SA Becky Freund, who was assisting the Plantation PD with the skimming investigation in Florida. She told me that, at the time of their arrest, Ilyeff and NIKOLOV were in possession of a rental vehicle that had been rented by Vladimir Kiriakov, an alias used by DOBRINOV. She

10

also told me that NIKOLOV had initially given police the name Delyan Staykov, an alias for NIKOLOV, prior to admitting his true identity.

31. Chase Investigator Whelan was also in contact with the Plantation PD and SA Freund. After discovering the rental car was in Vladimir Kiriakov's name, Chase Investigator Whelan located a Chase bank account for Vladimir Kiriakov. Chase Investigator Whelan provided me with several bank surveillance photographs of a male using a debit card that belonged to the account for Kiriakov. I reviewed those images and it appeared to be DOBRINOV accessing the account. In addition, one of the photos Chase Investigator Whelan sent me appeared to be DOBRINOV using an ATM machine located at 1800 N. Federal Highway, Ft. Lauderdale, FL, on 2/23/12.

32. Further investigation revealed that NIKOLOV was pictured on surveillance images installing a skimming device on a Chase Bank ATM located at 22191 Powerline Rd, Boca Raton, FL, on 2/21/12 at 7:06pm. At 9:29pm the same day, a male who appeared to be DOBRINOV was seen on surveillance pictures removing the device NIKOLOV installed from the same ATM. The ATM where DOBRINOV accessed the account in Vladimir Kiriakov's name is approximately 18 miles from the ATM where NIKOLOV installed a skimming device and DOBRINOV appeared to have removed it.

33. As part of my investigation, I contacted Enterprise Rent-A-Car Security Manager Alex Lizarraga and inquired about any rentals in Vladimir Kiriakov's name. Security Manager Lizarraga emailed me a spreadsheet showing five rentals to Vladimir Kiriakov. Each of the rentals was rented using Kiriakov's Washington driver's license bearing the same number previously provided by Kitanov in the proffer. Two of the

rentals occurred in Florida during the same time period the skimming activity had occurred:

    a. 02/18/12 Rented:    1300 NW 1st Ave, Boca Raton, FL

       02/25/12 Returned: 1300 NW 1st Ave, Boca Raton, FL

    b. 02/25/12 Rented:    19575 State Road, Boca Raton, FL

       03/05/12 Returned: 19575 State Road, Boca Raton, FL

34. On 3/7/12, Borisov participated in a proffer. Borisov stated that, in November 2011, Kitanov asked him to come to the Los Angeles area to assist him. Borisov agreed to this, and when he arrived he met two other men that were with Kitanov. He described one of the men as a heavy set male and the other as having a normal build, but he did not know their names. Borisov did not know English and communicated with them in Bulgarian. At that time, I presented Borisov with a few Chase Bank surveillance images in an attempt to determine who he was talking about.

35. I presented Borisov with four surveillance images from a Chase Bank ATM skimming incident that occurred on 11/20/11 at approximately 9:29am and 8:33pm, at 15200 W. Sunset Blvd, Pacific Palisades, CA. Borisov identified NIKOLOV from the images as the heavy set male he was talking about.

36. I presented Borisov with four surveillance images from a Chase Bank ATM skimming incident that occurred on 11/12/11 at approximately 5:26pm, at 11285 National Blvd, Los Angeles, CA. BORISOV identified NIKOLOV from the images.

37. I presented Borisov with four surveillance images from a Chase Bank ATM skimming incident that occurred on 11/19/11 at approximately 6:22pm and

10:45pm, at 15200 W. Sunset Blvd, Pacific Palisades, CA. Borisov identified NIKOLOV from the images.

38. I presented Borisov with four surveillance images from a Chase Bank ATM skimming incident that occurred on 11/20/11 at approximately 10:45am, at 8951 Santa Monica Blvd, West Hollywood, CA. Borisov was unable to identify anyone from the images. Kitanov had previously identified this male as DOBRINOV.

39. I presented Borisov with two surveillance images of DOBRINOV accessing money from the Chase Bank account in Vladimir Kiriakov's name. Borisov identified him as the other co-conspirator, DOBRINOV, but he did not know his name.

40. Borisov said the man he had just identified from the images as NIKOLOV taught him how to install skimming devices on ATMs after he had arrived in the Los Angeles, CA area. Borisov said he stayed in a rental house with Kitanov and the two men he had just identified, NIKOLOV and DOBRINOV. Borisov said that, once NIKOLOV taught him how skimming worked, he conducted the rest of his skimming activity with Kitanov.

41. As part of my investigation, I located additional incidents in which a male appearing to be DOBRINOV is pictured in surveillance video:

    a. Date:         9/20/12
       Location:    11766 Wilshire Blvd, Los Angeles, CA
       Time device on:   1859-2121 hours

Surveillance pictures show a male bearing a strong resemblance to DOBRINOV installing and then later removing a skimming device. The male was wearing a band on his right wrist later found to be consistent with one worn by DOBRINOV. This skimming incident led to 22 compromised cards, 10 victims reporting fraud, and a loss of $6,727.00.

13

b.  Date:              9/22/12
    Location:          8951 Santa Monica, West Hollywood, CA
    Time device on:    1750-2202 hours

Surveillance video shows a male with a beard installing the skimming device. Surveillance video then shows what appears to be the same male returning to remove the devices. It appears the suspect is wearing a wrist band on his right wrist. The images are clearer during the removal and the male bore a strong resemblance to DOBRINOV. This skimming incident led to 63 compromised cards, 13 victims reporting fraud, and a loss of $6,917.45.

c.  Date:              9/23/12
    Location:          15200 W Sunset Blvd, Pacific Palisades, CA
    Time device on:    1035-1752 hours

Surveillance pictures show a male bearing a strong resemblance to DOBRINOV install and then later remove a skimming device. During the installation, the male could be seen wearing a band on his right wrist consistent with one worn by DOBRINOV. This skimming incident led to 53 compromised cards, 13 victims reporting fraud, and a loss of $5,276.00.

d.  Date:              9/30/12
    Location:          2209 Via Anacapa, Palos Verdes Estates, CA
    Time device on:    0952-1753 hours

Surveillance pictures show a male bearing a strong resemblance to DOBRINOV install and later remove a skimming device. During the install, the male was wearing a distinct wrist band on his right wrist and a green Converse t-shirt with writing on the front that read "Converse All

Star." This skimming incident led to 32 compromised cards, 1 victims reporting fraud, and a loss of $103.00.

    e.   Date: 10/01/12
       Location: 2750 B Pacific Coast Hwy, Torrance, CA
       Time device on: 1848-2108 hours

Surveillance pictures show a male bearing a strong resemblance to DOBRINOV install and then later remove a skimming device. During the installation, the male could be seen wearing a band on his right wrist consistent with one worn by DOBRINOV. This skimming incident led to 45 compromised cards, 5 victims reporting fraud, and a loss of $1,209.00.

    f.   Date: 10/04/12, 1912 hours
       Location: 6633 Topanga Canyon Blvd, Canoga Park, CA
       Cash out: Withdrawals from cards skimmed on 9/22/12

Surveillance pictures show good facial pictures of DOBRINOV using the ATM to conduct fraudulent transactions on victim cards that were compromised during the previously listed skimming incident on 9/22/12, at 8951 Santa Monica, West Hollywood, CA.

    g.   Date: 12/1/12
       Location: 7151 Manchester Ave, Los Angeles, CA
       Time device on: 1725-2053 hours

Surveillance pictures show good facial pictures of DOBRINOV installing and then later removing a skimming device. This skimming incident led to 55 compromised cards, 18 victims reporting fraud, and a loss of $6,645.53.

h.  Date:             12/2/12
    Location:         4676 Admiralty Way, Marina Del Rey, CA
    Time device on:   0842-1744 hours

Surveillance pictures show a bearded white male bearing a resemblance to DOBRINOV installing and then later removing the skimming device. This skimming incident led to 54 compromised cards, 21 victims reporting fraud, and a loss of $13,452.00.

i.  Date:             1/6/13, 2104 hours
    Location:         1600 S. PCH, Redondo Beach, CA
    Cash out:         Fraudulent withdrawals

Surveillance pictures show a male bearing a strong resemblance to DOBRINOV conducting $1,340.00 in fraudulent withdrawals using previously skimmed victim access devices.

j.  Date:             1/6/13, 2127 hours
    Location:         625 Montana Ave, Santa Monica, CA
    Cash out:         Fraudulent withdrawals

Surveillance pictures show good facial pictures of DOBRINOV conducting $900.00 in fraudulent withdrawals using previously skimmed victim access devices.

k.  Date:             1/6/13, 2151 hours
    Location:         11766 Wilshire Blvd, Los Angeles, CA
    Cash out:         Fraudulent withdrawals

Surveillance pictures show a profile view of what appears to be DOBRINOV conducting $2,303.00 in fraudulent withdrawals using previously skimmed victim access devices. The picture shows the male wearing what appears to be the same attire and hat worn by DOBRINOV

conducting withdrawals on the same date at 625 Montana Ave, Santa Monica, CA.

42.  As part of my investigation, I contacted Chicago, IL Detective Cynthia Serafini who arrested DOBRINOV on State fraud charges in Illinois on 3/13/13. I provided her with the Chase Bank surveillance images of the male bearing a strong resemblance to DOBRINOV installing and removing the skimming devices on 9/30/12, at 2209 Via Anacapa, Palos Verdes Estates, CA, wearing a distinct band on his right wrist. Det. Serafini immediately recognized the wrist band and identified it as the same one DOBRINOV was wearing at the time of his arrest. She also identified DOBRINOV from the photos.

43.  As part of my investigation I located two other skimming incidents in which surveillance images had previously been provided by Chase Bank:

    a.    Date:    02/24/12
            Location: 22191 Powerline Rd, Boca Raton, FL
            Activity: Removing a skimming device installed by NIKOLOV

    b.    Date:    03/04/12
            Location: 355 Alhambra Circle, Coral Gables, FL
            Activity: Conducting withdrawals on victim accounts

44.  In both of these skimming incidents, the male suspect bore a strong resemblance to DOBRINOV. The suspect in both incidents was also wearing a green Converse t-shirt with distinct writing on the front that read "Converse All Star," which matched the shirt worn by DOBRINOV on 9/30/12 in the above listed skimming incident at 2209 Via Anacapa, Palos Verdes Estates, CA, in which Det. Serafini had identified him from the surveillance images.

45. To date, Chase Bank has identified over 500 access devices and over $95,000.00 in losses that their investigative team believes to be a result of this conspiracy.

46. Based on the facts and opinions set forth above, I further believe there is probable cause that NIKOLOV and DOBRINOV violated Title 18, United States Code, Section 371 (Conspiracy to violate Title 18 U.S.C. Section 1029(a)(2)).

/s/
------------------------------
Matthew O'Donnell
Special Agent
United States Secret Service

Subscribed and sworn to me
this  22nd  day of March 2013.
                    JEAN P. ROSENBLUTH
------------------------------
HONORABLE
UNITED STATES MAGISTRATE JUDGE

18